UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| PICO ATLANTA INC., | : | CASE NO. 10-67440-CRM |
| | : | |
| Debtor. | : | |
| _____ | : | |

MOTION REQUESTING ENTRY OF ORDER AUTHORIZING
PAYMENT OF TAXES AND RELATED EXPENSES

COMES NOW M. Denise Dotson ("Trustee"), Chapter 7 Trustee in the above-captioned case, and hereby files this "Motion Requesting Entry of Order Authorizing Payment of Taxes and Related Expenses" ("Motion"). In support of the Motion, Trustee shows the Court as follows:

1.　On March 12, 2010 ("Petition Date"), PICO Atlanta, Inc. ("Debtor") filed a petition for relief under Chapter 7 of Title 11 of the United States Code.

2.　M. Denise Dotson is the duly qualified and appointed trustee.

3.　During the pendency of the case, Trustee sold various items of personal property including, without limitation, furniture, equipment, and inventory, and Trustee also collected accounts receivable and recovered funds pursuant to settlement of preference litigation. Trustee collected in excess of $413,000.00.

4.　Trustee requested and received approval for interim disbursements to creditor and professionals and currently has on hand funds totaling approximately $87,539.97.

5.　Various federal and state taxes are due. Total taxes are due in the amount of $16,771.46 which includes $13,488.78 payable to the Internal Revenue Service and $3,282.68

payable to the Georgia Department of Revenue. There may be additional taxes due after submission of payment upon review by the related tax agencies.

6. The taxes due and owing to the Georgia Department of Revenue and Internal Revenue Service constitute administrative expenses.

7. Trustee requests entry of an order authorizing payment of federal and state and related expenses from the bankruptcy estate, without further hearing or notice. Trustee further requests authorization to remit the tax payment in the manner and method as determined by the taxing agencies including, without limitation, transmission of funds via wire transfer through a payroll agency. Taxes are related to payroll and ADP calculated certain amounts due and is willing to transmit payment, if required via electronic transmission

WHEREFORE, Trustee requests entry of an order authorizing payment of federal and state taxes (an order is being submitted contemporaneously herewith) and granting such other and further relief as is deemed just and proper.

Submitted this 30th day of November, 2016.

                                M. DENISE DOTSON, LLC

                                /s/
                              M. Denise Dotson
                              Georgia Bar No. 227230
                              170 Mitchell Street
                              Atlanta, GA 30303
                              (404) 526-8869
                              (404) 526-8855 Facsimile
                              ddotsonlaw@me.com

## CERTIFICATE OF SERVICE

I, M. Denise Dotson, certify that I caused a true and correct copy of the foregoing to be served upon the matrix listed below via first class United States mail in a properly addressed envelope with sufficient postage affixed thereon.

This the 30th day of November, 2016.

                                              M. DENISE DOTSON, LLC

                                              /s/
                                              M. Denise Dotson
                                              Georgia Bar No. 227230
                                              170 Mitchell Street
                                              Atlanta, GA 30303
                                              (404) 526-8869
                                              (404) 526-8855 Facsimile
                                              ddotsonlaw@me.com

```
Label Matrix for local noticing        ASCEND Technologies                 Accounting Principals Inc.
113E-1                                 P.O. Box 80007                      Joanna Kraft
Case 10-67440-crm                      Conyers, GA 30013-8007              1 Independent Drive
Northern District of Georgia                                               Suite 800
Atlanta                                                                    Jacksonville, FL 32202-5007
Wed Nov 30 14:02:04 EST 2016

Accouting Principals                   Admin America                       Adrian West
P.O. Box #1023540                      P.O. Box 1810                       2119 Ellwyn Drive
Atlanta, GA 30368-0001                 Roswell, GA 30077-1810              Atlanta, GA 30341-1519


Al Nino Ticzon                         Al Nino Tiezon                      Aloys Stump
5605 Woodhaven Court                   5605 Woodhaven Court                Studio Stump
Plano, TX 75093-8527                   Plano, TX 75093-8527                1121 Locust St., #301
                                                                           Saint Louis, MO 63101-1194


Alyson Coleman                         American Express                    American Express Travel Related Services
602 Morningside Drive                  PO Box 650448                       Co, Inc Corp Card
Stockbridge, GA 30281-2358             Dallas, TX 75265-0448               POB 3001
                                                                           Malvern, PA 19355-0701


Anne Arundle Cnty Purchasing           Atlanta Light Bulb                  Auction Management Corporation
2662 Riva Road, Suite 350              2109 Mountain Industrial Blvd.      1827 Powers Ferry Road
Annapolis, MD 21401-7184               Tucker, GA 30084-5013               Bldg. 5
                                                                           Atlanta, GA 30339-5692


Avalon Studios, Inc.                   Barrett Moving and Storage          Ben Arritt
Attn: Gary Weil                        United Van Lines LLC                55 Delmont #C-3
4537 Oswood Ct                         22304 Network Place                 Atlanta, GA 30305-3142
Tucker, GA 30084-2836                  Chicago, IL 60673-1223


Benjamin F. Arritt                     Benjamin F. Arritt                  Benjamin F. Arritt
55 Delmont Dr. # C3                    Kuruvilla Law Firm                  c/o John V. Kuruvilla Law Firm, P.C.
Atlanta, GA 30305-3142                 3340 Peachtree Rd.                  Tower Place 100
                                       Suite 1800                          3340 Peachtree Rd. Suite 1800
                                       Atlanta, GA 30326-1064              Atlanta, GA 30326-1064

Berkley Net Underwriters               BlueCross/BlueShield of GA          Brandy Amato
P.O. Box 535080                        3350 Peachtree Road, NE             1727 Alderbrook Road NE
Atlanta, GA 30353-5080                 Atlanta, GA 30326-1048              Atlanta, GA 30345-4109



Briggs Equipment                       Brown Bag Graphics                  Brown Bag Graphics, LLC
Lock Box 841272                        5361Royal Woods Parkway             8125 Troon Circle
Dallas, TX 75284-1272                  Tucker, GA 30084-1875               Suite D
                                                                           Austell, GA 30168-7888



Brumark                                Bucketsprawl, LLC                   C.R. Laurence Co., Inc.
2020 Airport Ind. Park Drive           8017 E 7th Street, Unit C           P.O. Box 58923
Marietta, GA 30060-9272                Downey, CA 90241-3301               Los Angeles, CA 90058-0923
```

| | | |
|---|---|---|
| CEC Connect<br>17 Oakwood Drive<br>Medford, NJ 08055-8848 | CIT Technology Financing Services, Inc.<br>c/o Bankruptcy Processing Solutions, Inc<br>1162 E. Sonterra Blvd.<br>Suite 130<br>San Antonio, TX 78258-4048 | CIT Technology Financing Services, Inc.<br>Bankruptcy Processing Solutions, Inc.<br>1162 E. Sonterra Blvd.<br>Suite 130<br>San Antonio, Texas 78258-4048 |
| CITIC Ka Wah Bank Limited<br>323 West Valley Boulevard<br>Alhambra, CA 91803-3356 | Calsak Plastics<br>15325 Fairfield Ranch Road<br>Suite 150<br>Chino Hills, CA 91709-8842 | Cash Case<br>8029 N. MacArthur Blvd.<br>#2109<br>Mansfield, TX 76063 |
| Centric Creative, LLC<br>4854 Dovecote Trail<br>Suwanee, GA 30024-7301 | Champion Logistics Group<br>200 Champion Way<br>Northlake, IL 60164-1682 | Charles L. Dodgen<br>6000 Warpath Road<br>Flowery Branch, GA 30542-3155 |
| Chy Roberts<br>5141 Beverly Glen Village Lane<br>Apt. #B<br>Norcross, GA 30092-3078 | Color Reflections<br>P.O. Box 674866<br>Marietta, GA 30006-0006 | Colorchrome Atlanta, Inc.<br>3174 Marjan Drive<br>Atlanta, GA 30340-3902 |
| Connie S. Story<br>2839 Old Norcross Rd.<br>Tucker, GA 30084-2716 | Corus360<br>130 Technology Pkwy.<br>Norcross, GA 30092-2908 | Cross Creek Dimensional<br>Dimensional Graphics, Inc.<br>P.O. Box 221<br>Austell, GA 30168-1048 |
| Cynthia Clavon<br>3800 Cumberland Court<br>Lithonia, GA 30038-3601 | DC Supply Company<br>1030 Stafford Street<br>P.O. Box 261<br>Rochdale, MA 01542-0261 | Dan C. Durbin<br>756 Killian Hill Rd.<br>Lilburn, GA 30047-3136 |
| David A. Darby<br>4541 Beaverton Circle<br>Loganville, GA 30052-7566 | Davied E. Kelly Jr.<br>108 Oakville Lane<br>Dallas, GA 30157 | De Lage Landen Financial Svcs., Inc.<br>1111 Old Eagle School Road<br>Wayne, PA 19087-1453 |
| De Lange Landen Financial<br>PO Box 41602<br>Philadelphia, PA 19101-1602 | Digiprint Ink<br>2395 Pleasantdale Road<br>Suite 4-B<br>Atlanta, GA 30340-3154 | M. Denise Dotson<br>M. Denise Dotson, LLC<br>170 Mitchell Street<br>Atlanta, GA 30303-3441 |
| Dynamex<br>Attn: Melissa Ponder<br>5429 LBJ Frwy #1000<br>Dallas, TX 75240-2664 | Echo Visualization<br>1838 Windemere Drive<br>Atlanta, GA 30324-4918 | Educause<br>4772 Walnut St., Suite 206<br>Boulder, CO 80301-2778 |
| Ellenberg, Ogier, Rothschild, & Rosenfeld, P<br>170 Mitchell Street, S.W.<br>Atlanta, GA 30303-3441 | Barbara Ellis-Monro<br>Ogier Rothschild Rosenfeld Ellis-Monro<br>170 Mitchell Street, SW<br>Atlanta, GA 30303-3441 | Environmental Control<br>P.O. Box 1136<br>Tucker, GA 30085-1136 |

| | | |
|---|---|---|
| Exhibit A Design<br>1625 Lakes Pkwy., Ste Q<br>Lawrenceville, GA 30043-5969 | Exhibitwise, Inc.<br>5361 Royal Woods Parkway<br>Tucker, GA 30084-1875 | Expert Die Inc.<br>257 Expert Way<br>Dalton, GA 30721-5192 |
| Fedex Customer Information Services<br>attn: Revenue Recovery<br>3965 Airways Blvd Module G 3rd floor<br>Memphis, TN 38116-5017 | Frazier & Deeter, LLC<br>CPA & Advisors<br>600 Peachtree St, NE, Ste 1900<br>Atlanta, GA 30308-2217 | Georgia Case<br>4719 Hugh Howell Road<br>Tucker, GA 30084-5007 |
| (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Georgia Power<br>96 Annex<br>Atlanta, GA 30396-0001 | Grange Mutual Casualty Company<br>P.O. Box 740604<br>Cincinnati, OH 45274-0604 |
| Graphically Speaking<br>Pike Center at 316<br>595 Old Norcross Rd Ste 1<br>Lawrenceville, GA 30046-3327 | Greenslate Creative<br>54 Briarcliff Pl.<br>Grosse Pointe Shores, MI 48236-1105 | Teresa Renee Grubbs<br>1760 Stonecliff  Ct.<br>Decatur, GA 30033-1402 |
| Guangzhou Exhibition Serivces<br>4/F3 Block, Jinhan Building<br>119 Liu Hua Road<br>Guangzhou 510010 China | Guangzhou Pico Exhibition Svcs Co.<br>Room 701-702, Dongshan Plaza<br>69 Xian Lie Rd Central<br>Guangzhou 510095, China | Gwinnett Co. Police Dept.<br>Alarm Administrator<br>770 Hi-Hope Road<br>Lawrenceville, GA 30043-4540 |
| Gwinnett Co. Tax Commissioner<br>P.O. Box 372<br>Lawrenceville, GA 30046-0372 | Gwinnett Co. Water Resource<br>P.O. Box 530575<br>Atlanta, GA 30353-0575 | Gwinnett Co. Water Resources<br>P.O. Box 530575<br>Atlanta, GA 30353-0575 |
| Gwynn B. Lockwood<br>5620 Shadewater Drive<br>Cumming, GA 30041-9233 | Hardwoods, Inc.<br>P.O. Box 102532<br>Atlanta, GA 30368-2532 | Harvey S. Clark<br>3859 Daisy Dr.<br>Decatur, GA 30032 |
| Hays Financial Consulting, LLC<br>3343 Peachtree St.<br>Suite 750<br>Atlanta, GA 30326-1429 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | INNUA<br>Exhibits<br>1233 Paysphere Circle<br>Chicago, IL 60674-0012 |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>2970 MARKET STREET<br>PHILADELPHIA, PA 19104-5002 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA 19101-7346 | ITN International<br>7972-C Old Georgetown Road<br>Bethesda, MD 20814-2476 |
| Infininte Energy, Inc.<br>Attn: Andrea McHenry<br>7001 SW 24th Avenue<br>Gainesville, FL 32607-3704 | J. McDowell, Inc.<br>2474 Fernleaf Lane<br>Decatur, GA 30033-4806 | (c)JAS FORWARDING (USA) INC<br>575 FOREST PKWY STE A<br>ATLANTA GA  30349-7635 |

| | | |
|---|---|---|
| Jennifer Jordan Locke<br>624 Chastain Place, NE<br>Marietta, GA 30066-3484 | John Graffius<br>54 Briarcliff Place<br>Grosse Pointe Shores, MI 48236-1105 | John R. Underhill<br>678 Ash Loop Road<br>Blue Ridge, GA 30513-3504 |
| Joseph Forrest<br>2070 Hedge Row<br>Lawrenceville, GA 30043-4053 | Joseph J. Forrest<br>2070 Hedge Row<br>Lawrenceville, GA 30043-4053 | Joseph L. Spencer<br>1843 Newton Avenue<br>San Diego, CA 92113-2117 |
| KMG Marketing<br>16200 Addison Rd<br>Ste 275<br>Addison, TX 75001-5351 | Kahn Creative Partners, Inc.<br>Accounting Offices<br>312 W. Main Street<br>Muncie, IN 47305-1629 | Konica Minolta Bus. Solutions<br>21146 Network Place<br>Chicago, IL 60673-1211 |
| Konica Minolta Business<br>Solutions, U.S.A., Inc.<br>10201 Centurion Parkway North<br>Jacksonville, FL 32256-4100 | Konika Minolta<br>10201 Centurion Parkway<br>Jacksonville, FL 32256-4100 | John V. Kuruvilla<br>Kuruvilla Law Firm, PC<br>Tower Place 100<br>3340 Peachtree Rd.,<br>Ste. 1800<br>Atlanta, GA 30326-1064 |
| Laird Plastics<br>P.O. Box 934226<br>Atlanta, GA 31193-4226 | Lincoln Financial Group<br>PO Box 2248<br>Fort Wayne, IN 46801-2248 | M&S Graphics Arts, Inc.<br>2221 Executive Drive<br>Garland, TX 75041-6028 |
| Madison Jackson<br>6400 Koweta Road<br>Fairburn, GA 30213-2524 | Mastercard (UCB)<br>PO Box 674824<br>Marietta, GA 30006-0005 | Media West<br>P.O. Box 172335<br>Arlington, TX 76003-2335 |
| Michael A. Darby<br>1625 Cumberland Club Rd.<br>Marietta, GA 30008-5078 | Michael Quinn & Associates<br>2626 School Drive<br>Doraville, GA 30360-3158 | Miller and Martin LLP<br>832 Georgia Avenue<br>Suite 1000<br>Chattanooga, TN 37402-2289 |
| John W. Mills III<br>Barnes & Thornburg LLP<br>Suite 1700<br>3475 Piedmont Road, NE<br>Atlanta, GA 30305-3327 | Morrison Supply Company<br>P.O. Box 81103<br>Atlanta, GA 30366-1103 | Moss, Inc.<br>36547 Treasury Center<br>Chicago, IL 60694-6500 |
| NTCA<br>c/o: Dobson Associates<br>1000 Connecticut Avenue NW<br>Washington, DC 20036-5302 | NearMug<br>Jill A. Adler, NearMug Coord.<br>11 Dougal Lane<br>East Northport, NY 11731-5409 | Neddy Sublett<br>5361 Royal Woods Pkwy<br>Tucker, GA 30084-1875 |
| Nortel<br>319 Gillette Drive<br>Franklin, TN 37069-4195 | Nortel Networks, Inc.<br>C/O Matthew Vanek, Cleary<br>Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006-1470 | Octanorm USA<br>701 Interstate West Pkwy.<br>Lithia Springs, GA 30122-3224 |

| | | |
|---|---|---|
| Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | PEI, Inc.<br>P.O. Box 934044<br>Atlanta, GA 31193-4044 | PICO Atlanta, Inc.<br>5361 Royal Woods Parkway<br>Tucker, GA 30084-1875 |
| Patti J. Wilder<br>110 Hedge Lawn Trail<br>Alpharetta, GA 30004-6318 | Pattillo Construction Corp<br>P.O. Box 67<br>Tucker, GA 30085-0067 | Pattillo Grounds Management<br>P.O. Box 1064<br>Tucker, GA 30085-1064 |
| Paul B. Mullen<br>9250 Stone Mist Trace<br>Roswell, GA 30076-4002 | Paul Mullen<br>9250 Stonemist Trace<br>Roswell, GA 30076-4002 | Pico Chicago<br>120 W. Center Court<br>Schaumburg, IL 60195-3169 |
| Pico International<br>20910 Normandie Avenue, Unit-D<br>Torrance, CA 90502-1602 | Pico International (UK) Ltd.<br>One Victoria Villas<br>Richmond, Surrey<br>England  TW92GW | Piedmont Plastics<br>2410 Tech Center Pkwy.<br>Suite 150<br>Lawrenceville, GA 30043-1349 |
| Pitney Bowes Inc.<br>P.O. Box 856390<br>Louisville, KY 40285-6390 | Principal Financial Group<br>PLIC-SBD GRAND ISLAND<br>P.O. Box 10372<br>Des Moines, IA 50306-0372 | Principal Life Insurance Co.<br>711 High Street<br>Des Moines, IA 50392-0002 |
| Printed Communications, Inc<br>1929 Mountain Industrial Blvd.<br>Tucker, GA 30084-6620 | Rachel L. Barrios<br>1203 Northlake Circle<br>Atlanta, GA 30345-2819 | Rebecca G. Lachgar<br>5388 Creekview Lane<br>Morrow, GA 30260 |
| Refreshments Works<br>450 Cemetary Street<br>Norcross, GA 30071-4227 | Regus Management Group, LLC<br>2100 Southbridge Pkwy.<br>Suite 650<br>Birmingham, AL 35209-1302 | Renaissance Management, Inc.<br>2300 West Park Place<br>Suite 146<br>Stone Mountain, GA 30087-3561 |
| Renee Long<br>1760 Stonecliff Court<br>Decatur, GA 30033-1402 | Resinate<br>2690 Burnstone Run<br>Lawrenceville, GA 30044-5026 | Richard L. Fonteboa<br>2260 El Cajon Blvd., #144<br>San Diego, CA 92104-1192 |
| Rick Underhill<br>2181 Carson Valley Dr.<br>Tucker, GA 30084-3104 | Robert R. Koors<br>7806 Stables Drive<br>Atlanta, GA 30350-5557 | Rockhold Design, Inc.<br>Amy Wang<br>136 Peachtree Memorial Dr., #9MA<br>Atlanta, GA 30309-1667 |
| Amy Wang Rockhold Design, Inc.<br>136 Peachtree Memorial Drive<br>#9 MA<br>Atlanta, GA 30309-1667 | Rollin Gish<br>4393 Metamora Road<br>Metamora, MI 48455-9249 | Ronald Adrian West<br>2119 Ellwyn Dr.<br>Atlanta, GA 30341-1519 |

| | | |
|---|---|---|
| Allen P. Rosenfeld<br>Ogier Rothschild & Rosenfeld, PC<br>170 Mitchell St., S.W.<br>Atlanta, GA 30303-3441 | Ryder Transportation Services<br>P.O. Box 402366<br>Atlanta, GA 30384-2366 | STA Network Accounting Systems<br>680 Village Trace NE<br>Suite A, Building 20<br>Marietta, GA 30067-4097 |
| Script to Screen Productions<br>1791 Trotters Lane<br>Stone Mountain, GA 30087-2340 | Shauna Royston<br>6400 Crescent Park East #420<br>Playa Vista, CA 90094-2342 | Willard B. Sheldon Jr.<br>340 Ruby Forest Parkway<br>Suwanee, GA 30024-2386 |
| Shepard Expo Services<br>1531 Caroll Drive<br>Atlanta, GA 30318-3697 | Sign A Rama<br>13901 Midway Road, Suite 106<br>Dallas, TX 75244-4388 | South-Swanton Welding Co.<br>385 Hudson Road<br>Griffin, GA 30224-4569 |
| Stamm Event Technologies, LLC<br>116 East Pleasant Street<br>Suite 2E4<br>Milwaukee, WI 53212-3947 | Steven Schneider<br>Innovative Initiatives, LLC<br>5634 Charlestown Drive<br>Dallas, TX 75230-1730 | Stiles Machinery Inc.<br>NW 6027<br>P.O. Box 1450<br>Minneapolis, MN 55485-1450 |
| Stone Mountain Industrial Park<br>P.O. Box 67<br>Tucker, GA 30085-0067 | Stone Mountain Industrial Park, Inc.<br>5830 East Ponce de Leon Avenue<br>Stone Mountain, GA 30083-1504 | Stone Moutain Industrial Park<br>P.O. Box 67<br>Tucker, GA 30085-0067 |
| Sugarcrm<br>10050 N. Wolfe Road<br>Cupertino, CA 95014-2528 | Superior Tradeshow Service<br>11020 North Harmony Lake<br>Davie, FL 33324-7100 | TCF Equipment Finance<br>11100 Wayzata Bvld, Ste. 801<br>Minnetonka, MN 55305-5503 |
| TCF Equipment Finance, Inc.<br>TCF Equipment Finance, Inc.<br>Stephanie Schreiber<br>Suite 801<br>11100 Wayzata Blvd.<br>Minnetonka, MN 55305-5503 | TCF Equipment Finance, Inc.<br>11100 Wayzata Blvd., Ste 801<br>Minnetonka, MN 55305-5503 | Team Air Express<br>P.O. Box 668<br>Winnsboro, TX 75494-0668 |
| Team Ocean Services<br>P.O. Box 149<br>Winnsboro, TX 75494-0149 | Techweb<br>General Post Office<br>P.O. Box 9064<br>New York, NY 10087-9064 | Teresa R. Grubbs<br>1760 Stonecliff Court<br>Decatur, GA 30033-1402 |
| The Idea Group<br>1359 Hearthstone Way<br>Acworth, GA 30102-6350 | Timothy N. Brooks<br>4012 Egypt Rd.<br>Snellville, GA 30039-6400 | Tina J. Smith<br>2132 Silva Dr.<br>Conley, GA 30288-1731 |
| TradeshowLogistics<br>1720 Mars Hill Road<br>Ste 8-160<br>Acworth, GA 30101-7127 | Tyler's Display Supply<br>1731 Taylor Street<br>Atlanta, GA 30318-3741 | Uline Shipping Supply<br>Attn: Accounts Receivable<br>2200 South Lakeside Drive<br>Waukegan, IL 60085-8361 |

| | | |
|---|---|---|
| Uniglob Courier Services, Inc.<br>3694 Union Avenue<br>Atlanta, GA 30354-1747 | United Rentals (North America)<br>P.O. Box 100711<br>Atlanta, GA 30384-0711 | United Van Lines LLC<br>Attn: Shelby Watson<br>One United Drive<br>Fenton, MO 63026-2578 |
| Eric N. Van De Water<br>Isenberg & Hewitt, PC<br>600 Embassy Row, Suite 150<br>6600 Peachtree Dunwoody Road<br>Atlanta, GA 30328-6773 | Verizon<br>P.O. Box 920041<br>Dallas, TX 75392-0041 | Voice Data Systems LLC<br>6360 Paysphere Circle<br>Chicago, IL 60674-0063 |
| WTA<br>P.O. Box 13222<br>Wauwatosa, WI 53213-0222 | Wells Fargo Bank, National Association<br>c/o Levine Block & Strickland, LLP<br>780 Johnson Ferry Road, Ste 240<br>Atlanta, GA 30342-1434 | Willwork Inc. Exhibit Services<br>23 Norfolk Avenue<br>South Easton, MA 02375-1187 |
| Wilsonart International-Metro<br>P.O. Box 905803<br>Charlotte, NC 28290-5803 | David M. Wolfson<br>David M. Wolfson, PC<br>1010 Williams St<br>Valdosta, GA 31601-4039 | Wolko Design Group<br>3165 Heritage Pkwy.<br>Elgin, IL 60124-3804 |
| World Image Holdings Ltd.<br>4 Dai Fu Street<br>Tai Po Industrial Estate<br>New Territories, Hong Kong | World Image International Ltd.<br>4 Dai Fu Street Tai Po<br>Industrial Estae<br>New Territori, Hong Kong | World Image Middle East, LLC<br>P.O. Box 54175<br>Dubai, United Arab Emirates |
| Zenith Labor Net<br>2535 North Royal Place<br>Tucker, GA 30084-3035 | e4 Design<br>4400 Shackelford Road<br>Norcross, GA 30093-2915 | iGAD Productions, Inc.<br>437 Iris Brooke Lane<br>Snellville, GA 30039 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Department of Revenue<br>Sales & Use Tax Division<br>P.O. Box 105296<br>Atlanta, GA 30348-5296 | (d)Georgia Dept. Revenue<br>Sales & Use Tax Division<br>P.O. Box 105296<br>Atlanta, GA 30348-5296 | (d)Georgia Dept. of Revenue<br>Bankruptcy Section<br>P. O. Box 161108<br>Atlanta GA 30321 |
| Home Depot<br>Dept. 32-2000018089<br>Home Dept Credit Services<br>The Lakes, NV 88901-6029 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

JAS Forwarding (USA) Inc
575 Sullivan Road, Ste A
Atlanta, GA 30349

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Benjamin F. Arritt | (u)Alyson Coleman | (d)M. Denise Dotson<br>M. Denise Dotson, LLC<br>170 Mitchell Street<br>Atlanta, GA 30303-3441 |
| (u)Evans & Sons | (u)GEMPROS | (u)GT Exhibitions |
| (u)Handy Ace Hardware | (u)John O'Connor | (u)Linda Scott |
| (u)MainFreight | (u)Ogier, Rothschild & Rosenfeld, P.C. | (u)Optima Graphics |
| (u)Renee (Long) Grubbs | (d)Resinate<br>2690 Burnstone Run<br>Lawrenceville, GA 30044-5026 | (u)Shamm Event Technologies, LLC |
| (u)Taxation and Revenue Dept | (u)Tim Brooks | (d)Patti J. Wilder<br>110 Hedge Lawn Trail<br>Alpharetta, GA 30004-6318 |
| (d)Willard B. Sheldon Jr.<br>340 Ruby Forest Parkway<br>Suwanee, GA 30024-2386 | (u)Zoom Information Inc. | End of Label Matrix<br>Mailable recipients   197<br>Bypassed recipients    20<br>Total                 217 |