

**IT IS ORDERED as set forth below:**

**Date: October 16, 2018**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-67440-JWC |
| | ) | |
| PICO ATLANTA, INC, INC., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

**ORDER APPROVING PROFESSIONAL FEES AND EXPENSES**

The above-captioned case came before the Court on October 11, 2018, for consideration of the following: (i) Trustee's Application for Compensation and Reimbursement of Professional Expenses ("Trustee's Application"); and (ii) Final Application for Compensation and Reimbursement of Expenses for Accountant for Trustee ("Accountant Application") for Hays & Associates ("Hays").

In the Trustee's Application, M. Denise Dotson ("Chapter 7 Trustee") sought final approval of fees in the amount of $23,007.67, which includes previously awarded interim fees in the amount of $18,250.00, and final approval of reimbursement of expenses in the amount of $471.61 and authorization of payment of unpaid final fees in the amount of $4,757.67. In the Accountant Application, Hays seeks final approval of previously awarded interim fees in the

amount of $39,821.25 and final approval of interim reimbursement of expenses in the amount of $734.66 which includes $740.17 in interim expenses. Trustee requested authorization to remit payments to Hays in the amount of $2,485.00 which represents unpaid fees and $5.51 for unreimbursed expenses.

Notice of the hearing was served upon the appropriate parties-in-interest as set forth in the certificate of service on file with the Clerk. Upon review, it appears notice is sufficient. No objections were filed or raised in open Court. Based upon a review of the pleadings and no objections having been filed or raised in open Court, good and sufficient cause exists to grant the Application. Accordingly, it is hereby ORDERED as follows:

1. The Trustee's Application, and Accountant Application are GRANTED.

2. Chapter 7 Trustee is awarded compensation in the amount of $23,007.67 and reimbursement of expenses in the amount of 471.61. Hays is awarded final compensation in the amount of $39,821.25 and final reimbursement of expenses in the amount of $734.66.

3. Trustee is authorized to disbursed $4,757.67 as Trustee compensation. Trustee is authorized to disburse to Hays compensation in the amount of $2,485.00 and $5.51 as reimbursement of expenses.

END OF DOCUMENT

Drafted By:

M. DENISE DOTSON, LLC

By:   M. Denise Dotson
      Georgia bar No. 227230

PO Box 435
Avondale Estates, GA 30002
ddotsonlaw@me.com

**DISTRIBUTION LIST:**

M. Denise Dotson, LLC
M. Denise Dotson
PO Box 435
Avondale Estates, GA 30002