B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In re PICO Atlanta, Inc. ,    Case No. 10-67440

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

JM Partners LLC
Name of Transferee

Paul Mullen
Name of Transferor

Name and Address where notices to transferee should be sent:
6800 Paragon Place, Ste 202
Richmond, VA 23230

Court Claim # (if known): 32
Amount of Claim: $11,950.04
Date Claim Filed: 04/27/2010

Phone: 804-285-0807
Last Four Digits of Acct #: 4001

Phone: 678-580-5405
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]    Date: 5/20/21
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B10 (Official Form 10) (04/10)

## UNITED STATES BANKRUPTCY COURT Northern District of Georgia — PROOF OF CLAIM

**Name of Debtor:** PICO Atlanta, Inc.
**Case No:** 10-67440 crm

FILED
APR 27 2010
IN CLERK'S OFFICE
U.S.B.C. - ATLANTA DISTRICT OF GEORGIA
M. REGINA THOMAS
CLERK
BY: _____ DEPUTY CLERK

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Paul Mullen

☐ Check this box to indicate that this claim amends a previously filed claim.

**Name and address where notices should be sent:**
Paul Mullen
9250 Stonemist Trace
Roswell, GA 30076-4002

**Court Claim Number:** _____ (If known)

**Filed on:** _____

**Telephone number:** 678-580-5405

**Name and address where payment should be sent (if different from above):**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Telephone number:**

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $11,950.04

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Vacation Salary
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**

**Value of Property:** $_____   **Annual Interest Rate** ___%

**Amount of arrearage and other charges as of time case filed included in secured claim, if any:** $_____   **Basis for perfection:** _____

**Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☒ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507(a)(__).

**Amount entitled to priority:** $10,950.00

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**

If the documents are not available, please explain:

**Date:** 4/23/10

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

[signature] Paul B Mullen

FOR COURT USE ONLY
DO NOT STAPLE OR FOLD CLAIM
See www.ganb.uscourts.gov for information on filing claims electronically

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



To: Paul Mullen <pmullen9724@hotmail.com>,
Cc:
Bcc:
Subject: Fw: Two Questions

From: "James Liew" <James.Liew@picoeurope.com>
To: <Paul.Mullen@us.pico.com>
Cc: <Fareena.Khan@us.pico.com>
Date: 04/16/2010 11:39 AM
Subject: RE: Two Questions

Paul,

These were the vacation salary calculations made by Mike Brown / Tina.

| | | | | | |
|---|---|---|---|---|---|
| Mullen, Paul B | 31/10/2010 Vacation Salary | 132.22hr | s | $90.38 | 11,950.04 |

Kind regards,
James Liew

## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
**PICO Atlanta, Inc.**
5361 Royal Woods Parkway
Tucker, GA 30084

58-1855298

Case No.: **10-67440-crm**
Chapter: **7**
Judge: **C. Ray Mullins**

### NOTICE SETTING DEADLINE FOR FILING PROOFS OF CLAIM

You were previously notified that the schedules of the Debtor(s) disclosed no assets available for distribution to creditors. The Trustee now reports that funds may be available for distribution.

Therefore, you are hereby notified that, if you wish to participate in any distribution which may be paid from the estate, you must file a proof of claim on or before:

Non-government proof of claim: **07/05/10**

Government proof of claim: **09/08/10**

File with:
United States Bankruptcy Court
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

**If you have already filed your proof of claim, it is not necessary to refile.**

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: April 6, 2010

Form ntcpoc

008865

19707008873019

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

In re: **PICO ATLANTA, INC**  　　　　　　　　　Case # **10-67440**

　　　　Debtor  　　　　　　　　　　　　　　　Chapter **7**

## AFFIDAVIT

　　I, **Paul Mullen, acting in my individual capacity (hereinafter "Creditor")**, am the original creditor in this matter, and I am entitled to the funds that are now on the Registry of Unclaimed Funds. My ID and appropriate case linkage evidence is included herewith - and I declare as follows:

1) Creditor has been made aware of the fact that it is due certain funds as a dividend – in the amount of **$ 3615.20** - which the Trustee attempted to send to Creditor at the last known address, and as is referenced in the case. My address has changed, which apparently resulted in the funds being returned, and remitted on to the Registry of such unclaimed funds. Evidence of my former address is provided herewith.

2) Creditor has not previously sold or assigned the account, and is still the owner of same. Creditor has no pending application for the release of the funds. Creditor has knowingly and consciously decided to sell and assign any and all interest in such funds to **JM Partners LLC**, as evidenced by both the attached Bill of Sale, and the attached Purchase and Assignment Agreement. I hereby grant all interest in such funds to **JM Partners LLC,** and agree to provide any further court required supporting evidence, or execute any other required forms that confirm this fact and/or are necessary for the full transfer of such interest, or the ultimate collection of the funds by the purchaser.

　　I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

_____
**Paul Mullen**
Last 4 digits of SS# **6 7 7 3**

Sworn & Subscribed to before me on this
**19th** day of **May**, 20**21**

_____
NOTARY PUBLIC
State of **Nevada**   County of **Clark**

My Commission Expires on: **12-15-2024**

STAMP / SEAL



GISELLE ALAS
Notary Public - State of Nevada
County of Clark
APPT. NO. 20-6231-01
My App. Expires Dec. 15, 2024