UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

| | |
|---|---|
| IN THE MATTER OF: | CASE NUMBER: |
| **PICO Atlanta, Inc.,** | 10−67440−jwc |
| | CHAPTER: 7 |
| Debtor(s) | |

### NOTICE OF FILING PROOF OF TRANSFER OF CLAIM

**Proposed Transferee:**  JM Partners LLC
**Proposed Transferor:**  Paul Mullen
Owner of claim per Court records:  Paul Mullen
Claim Number(s)  32

    Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above−named case.  Objections to this transfer, if any, must be filed with the

Clerk, U. S. Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

within twenty−one days from the date of this notice and a copy served upon the opposing party. If no objections are filed, the transferee will be substituted as the claimant in this case.

Dated May 21, 2021

M. Regina Thomas , Clerk of Court
U.S. Bankruptcy Court

Form 428

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 10-67440-jwc |
| PICO Atlanta, Inc. | Chapter 7 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: matott | Page 1 of 2 |
| Date Rcvd: May 21, 2021 | Form ID: 428 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | PICO Atlanta, Inc., 5361 Royal Woods Parkway, Tucker, GA 30084-1875 |
| aty | + | Barbara Ellis-Monro, Ogier Rothschild Rosenfeld Ellis-Monro, 170 Mitchell Street, SW, Atlanta, GA 30303-3424 |
| aty | + | John W. Mills, III, Barnes & Thornburg LLP, Suite 1700, 3475 Piedmont Road, NE, Atlanta, GA 30305-3327 |
| 12782804 | + | Paul Mullen, 9250 Stonemist Trace, Roswell, GA 30076-4002 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 23489995 | + | Email/Text: jmarshall@jmpartnersllc.com | May 21 2021 20:05:00 | JM Partners LLC, ATTN: John Marshall, 6800 Paragon Place, Ste 202, Richmond, VA 23230-1656 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | Ellenberg, Ogier, Rothschild, & Rosenfeld, P.C., 170 Mitchell Street, S.W., Atlanta, GA 30303-3424 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: May 23, 2021 | Signature: | /s/Joseph Speetjens |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2021 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 113E-9 | User: matott | Page 2 of 2 |
| Date Rcvd: May 21, 2021 | Form ID: 428 | Total Noticed: 5 |

| Name | Email Address |
|---|---|
| Allen P. Rosenfeld | on behalf of Plaintiff M. Denise Dotson apr@orratl.com |
| Allen P. Rosenfeld | on behalf of Plaintiff M. Denise Dotson apr@orratl.com |
| Allen P. Rosenfeld | on behalf of Trustee M. Denise Dotson apr@orratl.com |
| Dale R.F. Goodman | on behalf of Defendant American Express Travel Related Services Co. Inc. dale@goodmanandgoodmanpc.com, GA15@ECFCBIS.com |
| Eric N. Van De Water | on behalf of Trustee M. Denise Dotson eric@isenberg-hewitt.com evandewater@isenberg-hewitt.com |
| Eric N. Van De Water | on behalf of Plaintiff M. Denise Dotson eric@isenberg-hewitt.com evandewater@isenberg-hewitt.com |
| G. Marshall Kent, Jr. | on behalf of Defendant Principal Life Insurance Co. mkent@foxrothschild.com ddorrough@foxrothschild.com |
| G. Marshall Kent, Jr. | on behalf of Defendant The Principal Financial Group Inc. mkent@foxrothschild.com, ddorrough@foxrothschild.com |
| G. Marshall Kent, Jr. | on behalf of Defendant Principal Financial Advisors Inc. mkent@foxrothschild.com, ddorrough@foxrothschild.com |
| Howard D. Rothbloom | on behalf of Defendant Brown Bag Graphics LLC howard@rothbloom.com, silvia@rothbloom.com;5487@notices.nextchapterbk.com |
| M. Denise Dotson | denise@mddotsonlaw.com |
| M. Denise Dotson | on behalf of Trustee M. Denise Dotson dotsontrustee@me.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| TCF Equipment Finance, Inc. | workouts@tcfef.com |
| William Russell Patterson, Jr. | on behalf of Defendant Renaissance Management Inc. wrpjr@rbspg.com, astone@rbspg.com;mmorian@rbspg.com |

TOTAL: 15