**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NUMBER: 10-67440-JWC |
| PICO Atlanta, Inc., | ) | CHAPTER 7 |
| | ) | |
| DEBTOR. | ) | |

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

On May 13, 2021, the Chapter 7 Trustee filed a *Trustee's Amended Notice of Payment of Payment of Unclaimed Funds into the Registry of the Court* [Doc. No. 221] and issued a check to the Clerk, U. S. Bankruptcy Court, for deposit into the Registry of the Court, an amount which included $1,240.80 on behalf of creditor Connie Story (the "Unclaimed Funds").

On July 6, 2021, Spring Solutions, LLC, assignee of Connie Story, ("Claimant") filed a Petition for Payment of Unclaimed Funds to collect them [Doc. 228].   The petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds.   Accordingly, it is hereby

ORDERED that the Clerk, U.S. Bankruptcy Court, shall issue a check in the amount of $1,240.80 payable to Spring Solutions, LLC and shall send said check to payee at the following address:

Spring Solutions, LLC
P.O. Box 334
Glen Burnie, MD 21060

**IT IS SO ORDERED**, this the 14th day of ____July_____, 2021.

_____
Jeffery W. Cavender
UNITED STATES BANKRUPTCY JUDGE

DISTRIBUTION LIST

PICO Atlanta, Inc.
5361 Royal Woods Parkway
Tucker, GA 30084

United States Attorney
600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

Spring Solutions, LLC
P.O. Box 334
Glen Burnie, MD 21060

M. Denise Dotson
M. Denise Dotson, LLC
P.O. Box 767
Avondale Estates, GA 30002

John W. Mills, III
Barnes & Thornburg LLP
Suite 1700
3475 Piedmont Road, NE
Atlanta, GA 30305

Connie Story
2690 Burnstone Run
Lawrenceville, GA 30044